IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

LAURA ANN TEAGUE,             :
                              :
    Plaintiff,                :
                              :
v.                            :       CIVIL ACTION 09-755-M
                              :
MICHAEL J. ASTRUE,            :
Commissioner of               :
Social Security,              :
                              :
    Defendant.                :

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that JUDGMENT be entered in favor of Plaintiff Laura Ann Teague and against Defendant Michael J. Astrue.

DONE this 17th day of May, 2010.

                                      s/BERT W. MILLING, JR.
                                      UNITED STATES MAGISTRATE JUDGE