IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

LAURA TEAGUE, :
　:
　　Plaintiff, :
　:
vs. : CIVIL ACTION 09-0755-M
　:
MICHAEL J. ASTRUE, :
Commissioner of :
Social Security, :
　:
　　Defendant. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's Application for Attorney Fees Under the Equal Access to Justice Act be and is hereby **GRANTED** and that Plaintiff be **AWARDED** an EAJA attorney's fee in the amount of $2,468.75.

DONE this 16th day of August, 2010.

　　　　　　　　　　　　　s/BERT W. MILLING, JR.
　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE