IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| LAURA TEAGUE, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 09-0755-M |
| MICHAEL J. ASTRUE, Commission of Social Security, | : |
| Defendant. | : |

JUDGMENT

It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Attorney, Quinn E. Brock, is **AWARDED** a fee of $5,143.35 and is **DIRECTED** to pay to Plaintiff the sum of $2,468.75, the sum representing the fee previously awarded to Brock pursuant to the Equal Access to Justice Act.  No costs are taxed.

DONE this 25th day of October, 2012.

s/BERT W. MILLING, JR.
UNITED STATES MAGISTRATE JUDGE